UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| RANDALL B. HOFLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-09-162-B-W |
| | ) | |
| GOVERNOR, ME, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTIONS FOR DECLARATORY RELIEF AND TO CONVENE PLENARY PROCEEDING**

Randall B. Hofland is a frequent filer. This case is one of six lawsuits Mr. Hofland filed in federal court during the year 2009 against a slew of defendants alleging a host of wrongs. In four cases, including this case, the Court ruled against Mr. Hofland and the Court entered judgment against him, and its dismissals have been upheld by the Court of Appeals for the First Circuit. *Hofland v. Governor*, *J.* (Docket # 43) (*J.*) (summarily affirming judgment of dismissal entered by the district court on January 13, 2010); *Hofland v. Perkins*, Civil Action Docket No. 09-cv-201, *J.* (Docket # 38) (same); *Hofland v. Ross*, Civil Action Docket No. 09-cv-173, *J.* (Docket # 52) (summarily affirming the judgment of the district court on January 13, 2010); *Hofland v. Westrum*, Civil Action Docket No. 09-cv-218, *J.* (Docket # 37) (same). The Court has entered judgment against Mr. Hofland on one of the two remaining cases, *Hofland v. Thompson*, Civil Action Docket No. 09-cv-174, and the case is pending before the Court of Appeals for the First Circuit. The last case, *Hofland v. LaHaye*, Civil Action Docket No. 09-cv-172, has been stayed until May 1, 2010, while a state criminal action against Mr. Hofland is

resolved.  *Order Reconsidering and Granting Mot. to Stay* (Docket # 14); *Order Granting Mot. to Stay* (Docket # 28); *Order Granting in Part Mot. to Stay* (Docket # 45).

Mr. Hofland's relentless filings occasionally create a procedural tangle.  Here, on June 25, 2009, the Court affirmed the Magistrate Judge's Recommended Decision and on the same day, the Court entered Judgment of dismissal against Mr. Hofland.  *Order Affirming the Recommended Dec. of the Magistrate Judge* (Docket # 20); *J. of Dismissal* (Docket # 22).  On July 15, 2009, Mr. Hofland filed a motion for declaratory relief.  *Mot. for Decl. Relief* (Docket # 27).  On July 20, 2009, he filed a Notice of Appeal to the Court of Appeals.  *Notice of Appeal* (Docket # 31).  On August 4, 2009, while his appeal was pending, he filed a motion to extend time and a motion to convene plenary proceedings.  *Mot. for Enlargement of Time and Mot. to Convene* (Docket # 35).  On August 27, 2009, the Court denied both motions.  *Order on Mot. for Enlargement of Time and Mot. to Convene* (Docket # 37).  That same day, the Court deferred ruling on the pending motion for declaratory relief, since by filing the appeal, Mr. Hofland removed the trial court's jurisdiction over such motions.  *Order on Mot. for Decl. Relief* (Docket # 39).  On September 9, 2009, Mr. Hofland filed a second motion to extend time and motion to convene plenary proceedings.  *Mot. for Enlargement of Time and Mot. to Convene* (Docket # 40).  That same day, the Magistrate Judge dismissed the motion to extend time and deferred ruling on the motion to convene plenary proceedings.  (Docket # 41).  On January 13, 2010, the Court of Appeals summarily dismissed Mr. Hofland's appeal and on February 16, 2010, the appeals court issued its Mandate.  *J.*; *Mandate* (Docket # 44).

With the Court of Appeals' dismissal of Mr. Hofland's appeal and the issuance of the mandate, there is no longer a pending civil action in this case.  Accordingly, the Court

DISMISSES as moot Randall B. Hofland's motion for declaratory relief and his motion to convene. *Mot. for Decl. Relief* (Docket # 27); *Mot. to Convene* (Docket # 40).

    SO ORDERED.

                                            /s/ John A. Woodcock, Jr.
                                            JOHN A. WOODCOCK, JR.
                                            CHIEF UNITED STATES DISTRICT JUDGE

Dated this 22th day of February, 2010

Case 1:09-cv-00162-JAW   Document 45   Filed 02/22/10   Page 3 of 3     PageID #: 298